DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| | | | |
|---|---|---|---|
| 278P13 | Nancy L.C. Williams v. David H. Humphreys, MD; Plastic Surgery Center, LLC; James Brown, MD; and Asheville Anesthesia Associates, PA | Defs' PDR Under N.C.G.S. § 7A-31 (COA12-814) | Denied |
| 297P13 | State v. Nathan Tyrone Black | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1510)<br><br>2. State's Motion to Dismiss PDR | 1. Denied<br><br>2. Dismissed as Moot |
| 299P13 | Randy Lynn Edwards v. Barry Roy Hackney | Plt's Petition for *Writ of Certiorari* to Review the Decision of COA (COA12-1146) | Denied |
| 311P10-5 | State v. Gregory Scott Grosholz | 1. Def's *Pro Se* Motion Exposing Miscarriage of Justice System<br><br>2. Def's *Pro Se* Motion for Motion, Writ, Petition for Justice Denied Defendant | 1. Dismissed<br><br>2. Dismissed<br>**Beasley, J., recused** |
| 324P11-3 | State v. Mark Daniel Stephens | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-766) | Dismissed<br><br>**Jackson, J., recused** |
| 330P13-2 | State v. William Curtis Lowery | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA12-1129)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 332P13-2 | Bobby R. Knox, Jr. v. Davis, et al. | 1. Plt's *Pro Se* Motion for NOA<br><br>2. Plt's *Pro Se* Motion of Order of Protection Against (DPS) Officials<br><br>3. Plt's *Pro Se* Motion for Reconsider Protective Order<br><br>4. Plt's *Pro Se* Motion for Preliminary Injunction and Temporary Restraining Order and Protective Order | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed<br><br>3. Dismissed<br><br>4. Dismissed |